IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALVIN PARKS,<br>    *Plaintiff*,<br><br>v.<br><br>CITY OF PHILADELPHIA, *et al.*,<br>    *Defendants*. | :<br>:<br>:<br>:    CIVIL ACTION NO. 19-CV-2070<br>:<br>:<br>: |

## **ORDER**

AND NOW, this 5th day of June, 2019, upon consideration of Plaintiff Calvin Parks's Motion to Proceed *In Forma Pauperis* (ECF Nos. 1, 6), his Prisoner Trust Fund Account Statement (ECF Nos. 3, 7), and his *pro se* Complaint (ECF No. 2), which raises claims under 42 U.S.C. § 1983, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Calvin Parks, #08-07829, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court hereby directs the Warden of Montgomery County Correctional Facility or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Parks's inmate account; or (b) the average monthly balance in Parks's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Parks's inmate trust fund account exceeds $10.00, the Warden or other appropriate official

shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Parks's inmate account until the fees are paid. Each payment shall reference the docket number for this case.

3. The Clerk of Court is directed to **SEND** a copy of this order to the Warden of Montgomery County Correctional Facility.

4. The Complaint is **DEEMED** filed.

5. The Complaint is **DISMISSED with prejudice** for the reasons stated in the Court's accompanying Memorandum.

6. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**